**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

NICKOLAS WOLFFORD,               §
                                 §
           Plaintiff,            §
                                 §
                                 §
*versus*                         §    CIVIL ACTION NO. 9:23-CV-43
                                 §
PAM FLETCHER, *et al.*,          §
                                 §
           Defendants.           §

**MEMORANDUM OPINION AND ORDER**

The court previously entered a Final Judgment dismissing this matter for failure to state a claim upon which relief may be granted.  The plaintiff subsequently filed a notice of appeal and a motion seeking leave to proceed *in forma pauperis* on appeal.

Under 28 U.S.C. § 1915(g),  prisoners are prohibited from proceeding *in forma pauperis*, either at the district court level or on appeal, if at least three of their prior lawsuits or appeals have been dismissed as frivolous or malicious, or for failing to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury.

Prior to the date on which the plaintiff filed his notice of appeal, courts had dismissed three lawsuits or appeals filed by plaintiff for failure to state a claim upon which relief may be granted or as frivolous.[1]  The plaintiff has not demonstrated he was in "imminent danger of serious physical injury" on the date he filed his notice of appeal.  Accordingly, Section 1915(g) bars the

---

[1]    *Wolfford v. Frisby*, No. 9:24cv177 (E.D. Tex. Apr. 7, 2025) (dismissed as frivolous and for failure to state a claim upon which relief may be granted); *Wolfford v. Hendrick Medical Center*, No. 1:23cv102 (N.D. Tex. Feb. 4, 2025) (dismissed for failure to state a claim upon which relief may be granted); *Wolfford v. Hyland*, No. 9:24cv87 (E.D. Tex. July 12, 2024) (dismissed as frivolous and for failure to state a claim upon which relief may be granted).

plaintiff from proceeding with his appeal on an *in forma pauperis* basis.  His motion must therefore be denied.

## ORDER

For the reasons set forth above, the plaintiff's motion to proceed *in forma pauperis* on appeal (#72) is **DENIED**.

SIGNED at Beaumont, Texas, this 1st day of May, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE